CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICK DAVIS, SR., MATHEW KOOHNS, and BRETT A. LOCKHART, SR., individually and on behalf of all others similarly shared,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED HEALTH GROUP INCORPORATED, UNITEDHEALTHCARE INSURANCE COMPANY, UNITEDHEALTHCARE OF WASHINGTON, INC., and UNITED HEALTHCARE SERVICES, INC.,<br><br>Defendants. | Case No. 2:21-cv-01220 RSM<br><br>**ORDER ON UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING AND OTHER INITIAL DEADLINES** |

THIS MATTER comes before the Court on the Defendants' Unopposed Motion to Extend Deadline to File Responsive Pleading and Other Initial Deadlines ("Motion"). Having reviewed the Motion, and for the reasons set forth therein and for good cause shown, the Court hereby GRANTS the Motion. Defendants shall have to and including December 3, 2021 to move, answer, or otherwise respond to Plaintiffs' Complaint.

IT IS FURTHER ORDERED:

1. The Deadline for FRCP 26(f) Conference shall now be due on December 13, 2021;

2. Initial Disclosures Pursuant to FRCP 26(a)(1) are now due on December 20,

ORDER ON UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING ETC. - 1
Case No. 2:21-cv-01220 RSM

115616.0090/8696436.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

2021; and

    3.    Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) are now due on December 27, 2021.

DATED this 5th day of October, 2021.

                              RICARDO S. MARTINEZ
                              CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By: *s/Erin M. Wilson*
    Barbara J. Duffy, WSBA No. 18885
    Erin M. Wilson, WSBA No. 42454
    duffyb@lanepowell.com
    wilsonem@lanepowell.com
Attorneys for Defendants

PROPOSED ORDER ON UNOPPOSED MOTION EXTEND
DEADLINE TO FILE RESPONSIVE PLEADING ETC. - 2
Case No. 2:21-cv-01220 RSM

115616.0090/8696436.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107