CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICK DAVIS, SR., MATHEW KOOHNS, and BRETT A. LOCKHART, SR., individually and on behalf of all others similarly shared,

   Plaintiffs,

v.

UNITED HEALTH GROUP INCORPORATED, UNITEDHEALTHCARE INSURANCE COMPANY, UNITEDHEALTHCARE OF WASHINGTON, INC., and UNITED HEALTHCARE SERVICES, INC.,

   Defendants.

Case No. 2:21-cv-01220 RSM

**ORDER ON STIPULATED MOTION TO MODIFY INITIAL DEADLINES**

**NOTE ON MOTION CALENDAR: DECEMBER 13, 2021**

THIS MATTER comes before the Court on the Parties' Stipulated Motion to Modify Initial Deadlines ("Motion"). Having reviewed the Motion, and for the reasons set forth therein and for good cause shown, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED:

1. Defendants will respond to the amended complaint on or before January 28, 2022;

2. The FRCP 26(f) Conference shall occur on or before February 8, 2022;

3. Initial Disclosures Pursuant to FRCP 26(a)(1) are now due on February 15, 2022; and

4. The Combined Joint Status Report and Discovery Plan as Required by FRCP

ORDER ON STIPULATED MOTION TO MODIFY INITIAL DEADLINES - 1
Case No. 2:21-cv-01220 RSM
115616.0090/8694070.1

SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL (206) 223-0303; FAX (206) 223-0246

26(f) and Local Civil Rule 26(f) are now due on February 22, 2022.

DATED this 14th day of December, 2021.

                                                                           _____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC

/s/ Eleanor Hamburger
Eleanor Hamburger, WSBA #26478
3101 Western Ave. #350
Seattle, WA 98121
Telephone: 206.223.0303
ehamburger@sylaw.com

*Attorneys for Plaintiffs*

Approved for entry:

ORDER ON STIPULATED MOTION TO
MODIFY INITIAL DEADLINES - 2
Case No. 2:21-cv-01220 RSM

Sirianni Youtz Spoonemore Hamburger PLLC
3101 Western Avenue, Suite 350
Seattle, Washington 98121
Tel (206) 223-0303; Fax (206) 223-0246

1 | LANE POWELL PC
2 |  /s/ Erin M. Wilson_____
3 | Barbara J. Duffy, WSBA No. 18885
    Erin M. Wilson, WSBA No. 42454
4 | 1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
5 | Seattle, WA 98111-9402
    Telephone: (206) 223-7000
6 | duffyb@lanepowell.com
7 | wilsonem@lanepowell.com

8 | *Attorneys for Defendants*

---

ORDER ON STIPULATED MOTION TO
MODIFY INITIAL DEADLINES - 3
Case No. 2:21-cv-01220 RSM

SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL (206) 223-0303; FAX (206) 223-0246