THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICK DAVIS, SR., MATHEW KOOHNS, and BRETT A. LOCKHART, SR., individually and on behalf of all others similarly shared,<br><br>                          Plaintiffs,<br><br>    v.<br><br>UNITED HEALTH GROUP INCORPORATED, UNITEDHEALTHCARE INSURANCE COMPANY, UNITEDHEALTHCARE OF WASHINGTON, INC., and UNITED HEALTHCARE SERVICES, INC.,<br><br>                          Defendants. | Case No. 2:21-cv-01220 RSM<br><br>**ORDER ON STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Based on the parties' Stipulated Motion to Extend Time to Respond to Complaint brought before the Court, it is hereby

ORDERED that the parties Stipulated Motion is hereby GRANTED; and

WHEREFORE, Defendants are hereby given a two week extension of time to and including May 12, 2023 to answer Plaintiffs' Complaint.

//

//

//

ORDER ON STIPULATED MOTION - 1
Case No. 2:21-cv-01220 RSM

115616.0090/9356282.1

DATED: April 24, 2023.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By *s/Erin M. Wilson*
   Erin M. Wilson, WSBA No. 42454
   Attorneys for Defendants

[PROPOSED] ORDER ON STIPULATED MOTION- 2
Case No. 2:21-cv-01220 RSM

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

115616.0090/9356282.1