HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICK DAVIS, SR., MATHEW KOOHNS, and BRETT A. LOCKHART, SR., individually and on behalf of all others similarly shared,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED HEALTH GROUP INCORPORATED, UNITEDHEALTHCARE INSURANCE COMPANY, UNITEDHEALTHCARE OF WASHINGTON, INC., and UNITED HEALTHCARE SERVICES, INC.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:21-cv-01220 RSM<br><br>**ORDER ON JOINT MOTION TO MODIFY SCHEDULING ORDER**<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 12, 2023** |

THIS MATTER comes before the Court on the parties' Joint Motion to Modify Scheduling Order ("Motion"). Having reviewed the Motion, and for the reasons set forth therein and for good cause shown, the Court hereby

ORDERS that the Motion is GRANTED.

IT IS FURTHER ORDERED that the deadlines set forth in the Order Re Submission Concerning Case Schedule (Dkt. No. 40) are modified as follows:

ORDER ON JOINT MOTION
TO MODIFY SCHED. ORDER - 1
Case No. 2:21-cv-01220 RSM

Sirianni Youtz Spoonemore Hamburger PLLC
3101 Western Avenue, Suite 350
Seattle, Washington 98121
Tel (206) 223-0303; Fax (206) 223-0246

| | | |
|---|---|---|
| | August 16, 2024 | Substantial completion of fact discovery |
| | September 13, 2024 | Disclosure of Plaintiffs' class certification expert name(s)/CV(s)/brief description of the subject matter of the expected testimony. |
| | September 27, 2024 | Class certification motion and service of Plaintiffs' class-certification expert report (if any) |
| | October 25, 2024 | Disclosure of Defendants' class certification expert name(s)/CV(s)/brief description of the subject matter of the expected testimony. |
| | November 8, 2024 | Opposition to class certification and service of Defendants' class-certification expert report (if any) |
| | December 6, 2024 | Reply to class certification and service of rebuttal class-certification expert report (if any) |
| | March 7, 2025 | Substantial completion of any supplemental fact discovery |
| | March 28, 2025 | Plaintiffs' merits expert reports due |
| | April 25, 2025 | Defendants' merits expert reports due |
| | May 23, 2025 | Close of expert discovery |
| | June 20, 2025 | Close of all discovery; dispositive motion(s) filed |
| | July 25, 2025 | Opposition(s) to dispositive motion(s) |
| | August 15, 2025 | Reply in support of dispositive motion(s) |

ORDER ON JOINT MOTION
TO MODIFY SCHED. ORDER - 2
Case No. 2:21-cv-01220 RSM

SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL (206) 223-0303; FAX (206) 223-0246

| | |
|---|---|
| September 19, 2025 | Plaintiffs' pretrial statement |
| October 3, 2025 | Defendants' pretrial statement |
| October 24, 2025 | Proposed pretrial order |
| December 1, 2025 | Trial begins (est. 10 trial days) |

DATED: December 13, 2023

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC

*/s/ Eleanor Hamburger*
Eleanor Hamburger, WSBA #26478
3101 Western Ave. #350
Seattle, WA  98121
Telephone: 206.223.0303
ehamburger@sylaw.com


ZUCKERMAN SPAEDER LLP

*/s/ Andrew N. Goldfarb*
Andrew N. Goldfarb (*pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel. (202) 778-1800
agoldfarb@zuckerman.com

*Attorneys for Plaintiffs*

ORDER ON JOINT MOTION
TO MODIFY SCHED. ORDER - 3
Case No. 2:21-cv-01220 RSM

SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL (206) 223-0303; FAX (206) 223-0246