The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| RICK DAVIS, SR. MATHEW KOOHNS, and BRETT A. LOCKHART, SR., individually and on behalf of all others similarly shared,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, UNITEDHEALTHCARE INSURANCE COMPANY, UNITEDHEALTHCARE OF WASHINGTON, INC., and UNITED HEALTHCARE SERVICES, INC.,<br><br>Defendants. | Case No. 2:21-cv-01220-RSM<br><br>**ORDER ON JOINT MOTION TO MODIFY SCHEDULING ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>August 1, 2024 |

THIS MATTER comes before the Court on the parties' Joint Motion to Modify Scheduling Order ("Motion"). Having reviewed the Motion, and for the reasons set forth therein and for good cause shown, the Court hereby:

ORDERS that this Motion is GRANTED.

IT IS FURTHER ORDERED that the deadlines set forth in the December 13, 2023 Scheduling Order (Dkt. No. 48) are modified as follows:

| | |
|---|---|
| April 16, 2025 | Substantial completion of fact discovery |
| May 13, 2025 | Disclosure of Plaintiffs' class certification expert name(s)/CV(s)/brief description of the subject matter of the expected testimony |
| May 27, 2025 | Class certification motion and service of Plaintiffs' class-certification expert report (if any) |
| June 25, 2025 | Disclosure of Defendants' class certification expert name(s)/CV(s)/brief description of the subject matter of the expected testimony |
| July 11, 2025 | Opposition to class certification and service of Defendants' class-certification expert report (if any) |
| August 13, 2025 | Reply to class certification and service of rebuttal class-certification expert report (if any) |
| November 7, 2025 | Substantial completion of any supplemental fact discovery |
| November 28, 2025 | Plaintiffs' merits expert reports due |
| January 5, 2026 | Defendants' merits expert reports due |
| January 30, 2026 | Close of expert discovery |
| February 20, 2026 | Close of all discovery; dispositive motion(s) filed |
| March 25, 2026 | Opposition(s) to dispositive motion(s) |

| | |
|---|---|
| April 15, 2026 | Reply in support of dispositive motion(s) |
| May 19, 2026 | Plaintiffs' pretrial statement |
| June 3, 2026 | Defendants' pretrial statement |
| June 24, 2026 | Proposed pretrial order |
| August 3, 2026 | Trial begins (est. 10 trial days) |

DATED this 2nd day of August, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

By: */s/ Heather L. Richardson*

GIBSON, DUNN & CRUTCHER LLP

Heather L. Richardson (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213.229.7409
Facsimile: +1 213.229.6409
E-mail: HRichardson@gibsondunn.com

Lauren M. Blas (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: + 1 213.229.7503
Facsimile: +1 213.229.6503
Email: LBlas@gibsondunn.com

LANE POWELL PC

Barbara J. Duffy, WSBA No. 18885
Erin M. Wilson, WSBA No. 42454
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
duffyb@lanepowell.com
wilsonem@lanepowell.com

*Attorneys for Defendants*

ORDER ON JOINT MOTION TO MODIFY SCHED ORDER - 4
 2:21-CV-01220-RSM