The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RICK DAVIS, SR., MATHEW KOOHNS, and BRETT A. LOCKHART, SR., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, UNITEDHEALTHCARE INSURANCE COMPANY, UNITEDHEALTHCARE OF WASHINGTON, INC., and UNITED HEALTHCARE SERVICES, INC.,<br><br>Defendants. | Case No. 2:21-cv-01220-RSM<br><br>**STIPULATED MOTION AND ORDER TO RE-NOTE PLAINTIFFS' MOTION TO COMPEL AND CORRESPONDING MOTION TO SEAL**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**December 4, 2024** |

STIPULATED MOTION AND ORDER TO RE-NOTE PLAINTIFFS' MOTION TO COMPEL AND CORRESPONDING MOTION TO SEAL - Case No. 2:21-CV-01220-RSM

Gibson, Dunn & Crutcher LLP

GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue,
Los Angeles, CA 90071-3197
213.229.7000

Under Local Civil Rules 7(d)(1) and 10(g), Plaintiffs Rick Davis, Sr., Mathew Koohns, and Brett A. Lockhart, Sr. (collectively "Plaintiffs") and Defendants United Health Group Incorporated, UnitedHealthCare Insurance Company, UnitedHealthCare of Washington, Inc. and UnitedHealthCare Services, Inc. (collectively "Defendants") stipulate as follows:

WHEREAS Plaintiffs filed a Motion to Compel (Dkt. 60) and Motion to Seal (Dkt. 59) on November 20, 2024;

WHEREAS Plaintiffs' Motion to Compel is noted for December 11, 2024;

WHEREAS, under Local Civil Rule 7(d)(3), United's Opposition to Plaintiffs' Motion to Compel and Response to Plaintiffs' Motion to Seal currently are due to be filed on or before December 5, 2024;

WHEREAS, on December 4, 2024, UnitedHealthcare C.E.O. Brian Thompson was murdered while attending a company investor conference in New York City[1];

WHEREAS due to that tragic event, UnitedHealthcare and its affiliated companies have implemented extensive security protocols to ensure the safety of its employees;

WHEREAS, as a result of those security protocols, counsel for Defendants are not able to obtain the information and approval they need to complete their Opposition to Plaintiffs' Motion to Compel and Response to Plaintiffs' Motion to Seal;

WHEREAS the parties jointly agree that the hearing on Plaintiffs' Motion to Compel shall be re-noted for December 18, 2024.

Therefore, the Parties request that the Court grant this Stipulated Motion, re-noting Plaintiffs' Motion to Compel for December 18, 2024. The parties shall file their responses and reply briefs consistent with the amended noting date.

DATED: December 4, 2024

---

[1] *See* https://www.nytimes.com/live/2024/12/04/nyregion/brian-thompson-uhc-ceo-shot

STIPULATED MOTION AND PROPOSED ORDER TO RE-NOTE PLAINTIFFS' MOTION TO COMPEL AND CORRESPONDING MOTION TO SEAL - 1
Case No. 2:21-CV-01220-RSM

GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue,
Los Angeles, CA 90071-3197
213.229.7000

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| By: */s/ Andrew Goldfarb* | By: */s/ Heather L. Richardson* |
| ZUCKERMAN SPAEDER LLP | GIBSON, DUNN & CRUTCHER LLP |
| Andrew Goldfarb<br>1800 M. Street NW, Ste 1000<br>Washington, DC 20036<br>E-mail: agoldfarb@zuckerman.com | Heather L. Richardson (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: +1 213.229.7409<br>Facsimile: +1 213.229.6409<br>E-mail: HRichardson@gibsondunn.com |
| ZUCKERMAN SPAEDER LLP | |
| Brian Hufford<br>Jason Cowart<br>485 Madison Ave., 10th Floor<br>New York, NY 10022<br>Email: dbhufford@zuckerman.com<br>Email: jcowart@zuckerman.com | Lauren M. Blas (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: + 1 213.229.7503<br>Facsimile: +1 213.229.6503<br>Email: LBlas@gibsondunn.com |
| SIRIANNI YOUTZ SPOONEMORE HAMBURGER | LANE POWELL PC |
| Eleanor Hamburger<br>3101 Western Ave., Suite 350<br>Seattle, WA 98121<br>Email: ehamburger@sylaw.com | *s/Erin M Wilson*<br>Barbara J. Duffy, WSBA No. 18885<br>Erin M. Wilson, WSBA No. 42454<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, Washington 98111-9402<br>Telephone: 206.223.7000<br>duffyb@lanepowell.com<br>wilsonem@lanepowell.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants*<br><br>This Memorandum contains 244 words in compliance with the Local Civil Rules |

**ORDER**

Based on the foregoing Stipulation, IT IS SO ORDERED. Plaintiff's Motion to Compel and their corresponding Motion to Seal are re-noted for December 18, 2024.

DATED this 5th day of December, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND PROPOSED ORDER TO RE-NOTE PLAINTIFFS' MOTION TO COMPEL AND CORRESPONDING MOTION TO SEAL - 2
Case No. 2:21-CV-01220-RSM

GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue,
Los Angeles, CA 90071-3197
213.229.7000

Gibson, Dunn & Crutcher LLP