UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICK DAVIS, SR., MATHEW KOOHNS, and BRETT A. LOCKHART, SR., individually and on behalf of all others similarly shared,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED HEALTH GROUP INCORPORATED, UNITEDHEALTHCARE INSURANCE COMPANY, UNITEDHEALTHCARE OF WASHINGTON, INC., and UNITED HEALTHCARE SERVICES, INC.,<br><br>Defendants. | No. 2:21-cv-01220-RSM<br><br>**ORDER ON JOINT MOTION TO MODIFY SCHEDULING ORDER** |

THIS MATTER comes before the Court on the parties' Joint Motion to Modify Scheduling Order ("Motion"). Having reviewed the Motion and for the reasons set forth therein and for good cause shown, the Court hereby:

ORDERS that this Motion is GRANTED.

IT IS FURTHER ORDERED that the deadlines set forth in the April 16, 2025 Scheduling Order (Dkt. No. 83) are modified as follows:

ORDER ON JOINT MOTION TO MODIFY SCHEDULING
ORDER
[Case No. 2:21-cv-01220-RSM]

| **Event** | **Deadline** |
|---|---|
| Substantial completion of fact discovery | June 12, 2026 |
| Disclosure of Plaintiffs' class certification expert name(s)/CV(s)/brief description of the subject matter of the expected testimony | July 10, 2026 |
| Class certification motion and service of Plaintiffs' class-certification expert report (if any) | July 24, 2026 |
| Disclosure of Defendants' class certification expert name(s)/CV(s)/brief description of the subject matter of the expected testimony | August 21, 2026 |
| Opposition to class certification and service of Defendants' class-certification expert report (if any) | September 11, 2026 |
| Reply to class certification and service of rebuttal class-certification expert report (if any) | October 9, 2026 |
| Substantial completion of any supplemental fact discovery | January 8, 2027 |
| Plaintiffs' merits expert reports due | January 29, 2027 |
| Defendants' merits expert reports due | March 5, 2027 |
| Close of expert discovery | April 2, 2027 |
| Close of all discovery; dispositive motion(s) due | April 30, 2027 |
| Opposition(s) to dispositive motion(s) | May 28, 2027 |
| Reply in support of dispositive motion(s) | June 18, 2027 |

ORDER ON JOINT MOTION TO MODIFY SCHEDULING ORDER
[Case No. 2:21-cv-01220-RSM]

| Event | Deadline |
|---|---|
| Plaintiffs' pretrial statement | July 16, 2027 |
| Defendants' pretrial statement | July 30, 2027 |
| Proposed pretrial order | August 20, 2027 |
| Trial begins (est. 10 trial days) | October 4, 2027 |

DATED this 3rd day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ON JOINT MOTION TO MODIFY SCHEDULING ORDER
[Case No. 2:21-cv-01220-RSM]